# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

JEFFREY DWAIN CURRY
DOB: xx/xx/1956
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __March 9, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ the defendant, JEFFREY DWAIN CURRY, willfully and knowingly did transmit in interstate commerce from the District of Columbia, to the State of Alabama, a telephone communication to J.S., which telephone communication contained a threat to injure the person of J.S., that is, "I'm gonna come to Decatur and kill you",

in violation of Title __18__ United States Code, Section(s) __875(c)__.

I further state that I am __William Ronacher, Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, CATHERINE CONNELLY   (202) 616-3384
Sworn to before me and subscribed in my presence,

Signature of Complainant
WILLIAM RONACHER, Agent
Federal Bureau of Investigation

_____
Date

at   __Washington, D.C.__
         City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer