UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0208M-01 (CR) |
| **JEFFREY D. CURRY,** | : | VIOLATIONS: 18 U.S.C. §875(c) |
| **Defendant.** | : | (Interstates Threats) |

### **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about the March 9, 2006, within the District of Columbia, the defendant, **JEFFREY D. CURRY**, willfully and knowingly did transmit in interstate commerce from the District of Columbia, to the State of Alabama, a telephone communication to J.S., which telephone communication contained a threat to injure the person of J.S, that is "I'm gonna come to Decatur and kill you".

(**Interstate Threats**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia