IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

06-127

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | CASE NO.: 03-557-03 (RWR) |
| v. | : | |
| JEFFREY D. CURRY | : | UNDER SEAL |
| Defendant, | : | |

FILED
MAY 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S EMERGENCY MOTION TO UNSEAL

The United States of America, by and through its attorney, the U.S. Attorney for the District of Columbia respectfully requests that this matter be unsealed. As reasons therefor, the government states the following:

On May 10, 2006, FBI Agent William Ronacher applied for and received a warrant for the arrest of the defendant on the charge of Interstate Threats to Injure Another, in violation of 18 U.S.C. § 875(c). The warrant was executed the following day in Montgomery, Alabama. The defendant appeared before a U.S. District Court Judge in Montgomery where he waived identification procedures but requested a preliminary hearing. The preliminary hearing was scheduled for today, May 17, 2006. However, the grand jury returned an indictment against the defendant, charging him with one count of Interstate Threats on Tuesday, May 16, 2006, thus negating the need for the preliminary hearing.

When government counsel received a certified copy of the indictment from the U.S. District Court Clerk's office in the District of Columbia, it was sealed, pursuant to the Clerk's Office practice of sealing all matters where an arrest warrant is outstanding until they receive proof that the arrest

warrant has been executed. The government made no request to seal any of the proceeding or matters associated with this case.

According to PACER, and Assistant U.S. Attorneys Clark Morris and Susan Redmond in Montgomery, the arrest warrant was executed on May 11, 2006, and the defendant appeared before the court on May 12, 2006. Accordingly there is no need to keep the case sealed. The government therefore requests that the case be unsealed so that the court in Montgomery can act upon the government's indictment.

Wherefor, the government requests that this motion be granted. A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number: 451058

By: _____
DEBRA L. LONG-DOYLE
D.C. Bar No. 362518
Organized Crime and Narcotics Drug
   Trafficking Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634