IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

O6 - 127

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | CASE NO.: ~~03-557-03~~ (RWR) |
| v. | : | |
| JEFFREY D. CURRY | : | |
| Defendant, | : | |

FILED

MAY 17 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court upon the government's Motion to Unseal this matter. For good cause shown, for the reasons stated therein, it is this 17th day of May, 2006,

**ORDERED** that the government's motion shall be granted and that this matter shall be unsealed.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Debra L. Long-Doyle, Esquire
Assistant United States Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Fax Number: (202) 353-9414

U.S. District Court Clerk's Office
Washington, D.C.

