

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711



CR 06-127 RWR

**DEBRA P. HACKETT, CLERK OF COURT**
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

TELEPHONE (334) 954-3600

May 17, 2006

FILED

MAY 2 2 2006

Clerk of Court
U. S. District Court District of Columbia
United States Courthouse
33 Constitution Avenue, NW
Washington, DC 20001-2802

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:   **United States v. Jeffrey Dwain Curry**
      **Case No. 2:06MJ45-CSC ;   Charging District Case No.: 06-208 or CR-06-127**

Dear Clerk of Court:

Pursuant to Rule 5(c)(3) of the FRCr.P, please find enclosed the following documents concerning the above referenced case:

1. Waiver of Rule 5 & 5.1 Hearings
2. Commitment to Another District
3. Courtroom Deputy's Minutes
4. Docket Sheet

Should you have any questions, please to not hesitate to call. Please acknowledge receipt on the enclosed copy of this letter and return.

Sincerely

DEBRA P. HACKETT, Clerk
By:
Deputy Clerk

Enclosures
cc: U.S. Attorney, U.S. Marshal, U.S. Pretrial Services
    Federal Defenders

**ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS**

This is to acknowledge receipt of the above documents in the above-referenced case on this 22nd day of May, 2006.

BY: Linda Pugh

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA<br>V.<br>JEFFREY DWAIN CURRY | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:06-MJ-45-CSC | 06-208 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   X Complaint   Other

charging a   18   U.S.C.   875(c)

**DISTRICT OF OFFENSE**

**DESCRIPTION OF CHARGES:**

INTERSTATE THREATS

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of
X Other   Defendant detained pending detention hearing in District of Columbia

**Representation:** ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 15, 2006
Date                                                 United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

SCANNED 6

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

__JEFFREY DWAIN CURRY__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __2:06-MJ-45-CSC__

CHARGING DISTRICTS
CASE NUMBER: __06-208__

I understand that charges are pending in the _____ District of __COLUMBIA__ alleging violation of __18 USC 875(c)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

(   ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_5/12/06_
Date

_[signature]_
Defendant

_[signature] Patricia Kemp_
Defense Counsel

ATTEST: A True Copy.
Certified to _____ 5/17, 2006
Clerk, U.S. District Court,
Middle District of Alabama
BY _[signature]_
Deputy Clerk

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-00045-CSC-ALL
### Internal Use Only

Case title: USA v. Curry                                      Date Filed: 05/12/2006

Assigned to: Honorable Charles S. Coody

**Defendant**

**Jeffrey Dwain Curry** (1)          represented by   **Federal Defender**
                                                     Federal Defenders
                                                     Middle District of Alabama
                                                     201 Monroe Street, Suite 1960
                                                     Montgomery, AL 36104
                                                     334-834-2099
                                                     Fax: 834-0353
                                                     Email: ECFCMALM@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

18:875(c) INTERSTATE
COMMUNICATIONS THREATS

**Plaintiff**

USA        represented by **Kent B. Brunson**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: Kent.Brunson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2006 |  | Arrest (Rule 5) of Jeffrey Dwain Curry (ws ) (Entered: 05/12/2006) |
| 05/12/2006 | 1 | Minute Entry for proceedings held before Judge Charles S. Coody :Initial Appearance in Rule 5(c)(3) Proceedings as to Jeffrey Dwain Curry held on 5/12/2006. Appearance entered by Federal Defender for Jeffrey Dwain Curry. (Recording Time FTR: 11:02 - 11:12) (ws ) (Entered: 05/12/2006) |
| 05/12/2006 | 2 | CJA 23 Financial Affidavit by Jeffrey Dwain Curry (ws, ) (Entered: 05/12/2006) |
| 05/12/2006 |  | ORAL MOTION to Appoint Counsel by Jeffrey Dwain Curry. (ws ) (Entered: 05/12/2006) |
| 05/12/2006 |  | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Appointed Federal Defender as to Jeffrey Dwain Curry (1). Signed by Judge Charles S. Coody on 5/12/06. (ws ) (Entered: 05/12/2006) |
| 05/12/2006 | 3 | WAIVER of Rule 5(c)(3) Identity Hearing by Jeffrey Dwain Curry. (ws ) Modified on 5/12/2006 (ws, ). (Entered: 05/12/2006) |
| 05/12/2006 | 4 | ORDER as to Jeffrey Dwain Curry : Preliminary Examination set for 5/17/2006 at 09:30 AM in Courtroom 4B before Honorable Charles S. Coody. Pending this hearing, the defendant shall be held in custody of the U.S. Marshal Service and produced for the hearing. Signed by Judge Charles S. Coody on 5/12/06. (ws, ) (Entered: 05/12/2006) |
| 05/17/2006 | 5 | Minute Entry for proceedings held before Judge Charles S. Coody on 5/17/2006 :Preliminary Examination Not held as to Jeffrey Dwain Curry. An Indictment was returned against defendant in District of Columbia as to Jeffrey Dwain Curry. Initial held on Indictment. Court Orders that the defendant be transported to the District of Columbia for further proceeding. (Recording Time FTR: 9:33 - 9:37.) (ws ) (Entered: 05/17/2006) |
| 05/17/2006 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jeffrey Dwain Curry. Defendant committed to District of District of Columbia. . Signed by |

| | | Judge Charles S. Coody on 5/17/06. (ws) (Entered: 05/17/2006) |

## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE**    AT    MONTGOMERY, ALABAMA

**DATE COMMENCED:**   5/17/06    AT    FTR: 9:33 to 9:37

**DATE COMPLETED:**   5/17/06    AT    Digital Recorded

UNITED STATES OF AMERICA   *
     Plaintiff   *
                 *
vs.              *    CASE NO.: 2:06MJ45-CSC
                 *
JEFFREY DWAIN CURRY   *
                 *
     Defendant   *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | * | Atty. Kevin Butler |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON

(X) OTHER PROCEEDINGS: *PRELIMINARY HEARING*

ATTEST: A True Copy.
Certified to _____
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Deputy Clerk

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Preliim - 06mj45-CSC | | |
|---|---|---|---|
| Date | 5/17/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:33:45 AM | Court | Court convenes ; Parties present as noted; Deft advised of indictment return in District of Columbia. No need for prelim hrg. today; Deft advised of right to remain silent and right to counsel; Defendant advised of charges in the indictment and the maximum limits of punishment; Deft advised of right the case transferred to this district under cetain conditions as stated; Court ORDERS that the defendant be removed to District of Columbia; Deft advised of entitlement to a detention hearing here if he wants; |
| 9:36:53 AM | Atty. Butler | Deft as that his arraignment and detention hrg. and all further proceedings be held in the District of Columbia; |
| 9:37:17 AM | Court | Orders deft removed to the District of Columbia for all further proceedings. |