AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JEFFREY DWAIN CURRY

CR: 06-127

**WARRANT FOR ARREST**

CASE NUMBER: 06-208

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEFFREY DWAIN CURRY__
                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Interstate Threats**

FILED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title _18_ United States Code, Section(s) _§ 875(c)_

Alan Kay
U.S. Magistrate Judge

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

MAY 10 2006

Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-10-06 | Sean McLeod SDUSM | S. S. /UN |
| DATE OF ARREST 5-25-06 | | |