IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | CASE NO.: 06-127 (RWR) |
| v. | : | |
| JEFFREY D. CURRY | : | |
| Defendant, | : | |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Factual Proffer in Support of a Guilty Plea.

I.    The defendant is charged in a One-Count Indictment with Interstate Threats in violation of 18 U.S.C. § 875(c).

II.    The defendant has agreed to plead guilty to Count Two of a two-count Information charging him with Interstate Threats, in violation of 18 U.S.C. § 875(c)(Count One) and Threats to do Bodily Harm, in violation of D.C. Code § 22-407 (Count Two). The essential elements of this offense are:

    A.    That the defendant uttered words heard by another person;

    B.    That the words used by the defendant were of such a nature as to convey to the ordinary hearer a menace or fear of serious bodily harm or injury [if a certain event occurs]; and

    C.    That the defendant intended to utter the words as a threat. The government is not required to prove that the defendant intended to carry out the threat.

III.    If the case against defendant **JEFFREY D. CURRY** had gone to trial, the government's evidence would have shown beyond a reasonable doubt as follows:

    Between Wednesday, March 8, 2006 and Friday, March 9, 2006, the defendant made five telephone calls to the complainant in Decatur, Alabama, on her home telephone number at (256)

353-3250. The complainant's caller identification indicated that the calls originated from "Manuel Lima" at telephone number 202-966-8775. Manuel Lima is the defendant's roommate.

The first telephone call was made on Thursday, March 9, 2006 at approximately 12:37 a.m. That call was recorded on the complainant's answering machine, and in it the caller stated "Go to hell, burn in hell." Because of the time difference, the complaint received the telephone call on Wednesday, March 8 at approximately 11:37 p.m. Defendant placed the second telephone call on the morning of Thursday, March 9, 2006 at approximately 5:13 a.m. D.C. time (4:13 a.m. Decatur, Alabama time), in which the caller stated "Go fuck yourself bitch". Later that same morning at approximately 6:44 a.m. D.C. time (5:44 a.m. Decatur, Alabama time), the defendant phoned again and said "Why haven't you changed the god damn number bitch? I'm gonna come to Decatur and kill you." On each of these two occasions, the complainant answered the telephone so the calls were not recorded. The fourth call was made on the morning of Friday, March 10, at approximately 9:21 a.m. D.C. time (8:21 a.m. Decatur, Alabama time) in which the defendant left a recorded message stating: "Why haven't you changed the god damn number you son of a bitch?" Later that afternoon at 2:56 p.m. D.C. time (1:56 p.m. Decatur, Alabama time) defendant left the fifth and final recorded message stating "Change my number you god damn bitch."

The telephone records of defendant's roommate, Manuel Lima, confirmed that telephone calls were placed from (202) 966-8775 to (256) 353-3250, on the dates and times indicated above. Further investigation revealed that the voice on the recordings was that of the defendant.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. Bar Number: 451058

By: _____
    DEBRA L. LONG-DOYLE
    D.C. Bar No. 362518
    Federal Major Crimes Section
    555 4th Street, N.W., 4th Floor
    Washington, D.C. 20530
    (202) 305-0634
    Debra.Long-Doyle@USDOJ.Gov

## DEFENDANT JEFFREY D. CURRY'S ACKNOWLEDGMENT

_____I have read this factual proffer and have discussed it with my attorney, Jonathan Jeffress, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: _____    _____
                                                   Jeffrey D. Curry
                                                   Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date:_____    _____
                                                 Jonathan Jeffress, Esquire
                                                 Attorney for Jeffrey D. Curry