IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNTIED STATES OF AMERICA** | : | **CASE NO.: 06-127 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY D. CURRY** | : | |
| Defendant, | : | |

**INFORMATION**

**The United States Attorney charges:**

**COUNT ONE**

On or about March 9, 2006, within the District of Columbia, the defendant, **JEFFREY D. CURRY**, willfully and knowingly did transmit in interstate commerce from the District of Columbia, to the State of Alabama, a telephone communication to J.S., which telephone communication contained a threat to injure the person of J.S., that is "I'm gonna come to Decatur and kill you".

(**Interstate Threats**, in violation of Title 18, United States Code, Section 875(c))

**COUNT TWO**

On or about March 9, 2006, within the District of Columbia, the defendant, **JEFFREY D. CURRY**, willfully, knowingly and intentionally did utter words to J.S., threatening to do bodily

harm to J.S., that is "I'm gonna come to Decatur and kill you".

(**Threats to do Bodily Harm**, in violation of Title 22, District of Columbia Code, Section 407)

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        UNITED STATES ATTORNEY
                                        D.C. Bar Number: 451058

By: _____
       DEBRA L. LONG-DOYLE
       D.C. Bar No. 362518
       Federal Major Crimes Section
       555 4th Street, N.W., 4th Floor
       Washington, D.C. 20530
       (202) 305-0634
       Debra.Long-Doyle@USDOJ.Gov