UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>      v.                      ) Criminal Action No. 06-127 (RWR)<br>                              )<br>JEFFREY CURRY,                )<br>                              )<br>      Defendant.              )<br>                              ) | |

**ORDER**

FILED
JUN 27 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby

ORDERED that defendant's request for a continuance be, and hereby is, GRANTED. The hearing is continued to July 3, 2006 at 11 a.m. Speedy Trial Act time is excluded from today until July 3, 2006 for the same reasons and based upon the same findings as were articulated on the record at the hearing on June 15, 2006.

SIGNED this 26th day of June, 2006.

RICHARD W. ROBERTS
United States District Judge