IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | : | CASE NO.: 06-127 (RWR) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY D. CURRY | : | |
|       Defendant, | : | |

**INFORMATION**

**The United States Attorney charges:**

### COUNT ONE

On or about March 9, 2006, within the District of Columbia, the defendant, **JEFFREY D. CURRY**, willfully and knowingly did transmit in interstate commerce from the District of Columbia, to the State of Alabama, a telephone communication to J.S., which telephone communication contained a threat to injure the person of J.S., that is "I'm gonna come to Decatur and kill you".

(**Interstate Threats**, in violation of Title 18, United States Code, Section 875(c))

### COUNT TWO

On or about March 9, 2006, within the District of Columbia, the defendant, **JEFFREY D. CURRY**, willfully, knowingly and intentionally did attempt to engage in conduct with the intent to cause emotional distress to J.S. by willfully, maliciously and repeatedly harrassing J.S. by leaving the following three messages on her telephone answering maching:

    1.    On or about Thursday, March 9, 2006 at approximately 12:37 a.m., defendant left a message on J.S.'s answering machine stating "Go to hell, burn in hell;"

2.      On or about Friday, March 10, 2006 at approximately 9:21 a.m., defendant left a message on J.S.'s answering machine stating "Why haven't you changed the god damn number you son of a bitch?"

3.      On or about Friday, March 10, 2006 at approximately 2:56 p.m., defendant left a message on J.S.'s answering machine stating "Change my number you god damn bitch."

(**Attempted Stalking**, in violation of Title 22,
District of Columbia Code, Sections 404(b) and 1803)

_____Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number: 451058

By:     _____
DEBRA L. LONG-DOYLE
D.C. Bar No. 362518
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov