

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 27, 2006



FILED

JUL 3 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jonathan Jeffress, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D. C. 20004
Fax Number: (202)208-7515

Re:   **United States v. Jeffrey D. Curry, Cr. No. 06-127(RWR)**

Dear Mr. Jeffress:

This letter sets forth the plea agreement this Office is willing to enter into with your client, **Jeffrey D. Curry**. The offer expires on **July 3, 2006**, at the close of business. If your client accepts the terms and conditions of this offer, please have him execute this document in the space provided below and return it to me. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

1. Your client, **Jeffrey Dwain Curry**, agrees to admit guilt and enter a plea of guilty in the United States District Court for the District of Columbia to Count Two of an Information which charges him with Attempted Stalking in violation of D.C. Code §§ 22-404(b) and 1803 (Count Two). Your client understands that pursuant to D.C. Code §§22-404 and 1803, the charge carries a maximum sentence of no more than 6 months, and a fine of not more than $ 1,000 or both.

2. **Sentencing Guidelines**. The parties to this agreement understand that because your client is pleading guilty to a District of Columbia criminal code offense, the advisory Superior Court Sentencing Guidelines apply.

3. **Debriefing**. As a condition of this plea, prior to entry of a plea of guilty, the defendant, with representation by his defense counsel, must debrief with government counsel and an agent from the Federal Bureau of Investigation and must provide full and truthful information regarding telephone calls placed by the defendant to telephone number (256) 353-3250 in Decatur, Alabama.

4. **Release Conditions**. The government will not oppose the defendant's request that he be released pending sentencing. However, as a condition of his release, the defendant must agree to have no further contact with telephone number (256) 353-3250 in Decatur, Alabama.

5. **Recommended Sentence**. The government will not oppose the defendant's request that any sentence imposed be suspended and that he be placed on probation. Your client understands that the government will request that as a condition of probation in addition to the standard conditions, that under no circumstances shall your client call telephone number (256) 353-3250 in Decatur, Alabama.

6. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offenses to which your client is pleading guilty; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

7. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed.

8. Your client agrees to admit under oath, his degree of culpability for this offense.

THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

9. This Office will request that the Court dismiss the indictment in this case and Count One of the superseding Information, charging the defendant with one count of Interstate Threats, in violation of 18 U.S.C. § 875(c), at the time of sentencing.

10. This Office further agrees not to file a superseding indictment, adding four charges of Obscene or Harassing Telephone Calls in the District of Columbia or in Interstate or Foreign Communications, in violation of 47 U.S.C. § 223, with respect to calls your client placed to telephone number (256) 353-3250.

General Conditions

11. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

12. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

13. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

Debra L. Long-Doyle
Assistant United States Attorney

### DEFENDANT'S ACCEPTANCE

I have read this plea agreement and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this plea agreement and all matters relating to it. I fully understand this plea agreement and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this plea agreement fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

07/03/06
Date

Jeffrey D. Curry
Defendant

### ATTORNEY'S ACKNOWLEDGMENT

I am Jeffrey D. Curry's attorney. I have reviewed every part of this plea agreement with him. It accurately and completely sets forth the entire agreement between Jeffrey D. Curry and the Office of the United States Attorney for the District of Columbia.

7/3/06
Date

Jonathan Jeffress, Esquire
Attorney for the Defendant