AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____



UNITED STATES OF AMERICA
V.

Jeffrey Curry

WAIVER OF INDICTMENT

CASE NUMBER: 06-127

FILED
JUL 3 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Jeffrey Curry_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 3, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer