IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNTIED STATES OF AMERICA** | : | **CASE NO.: 06-127 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY D. CURRY** | : | |
| **Defendant,** | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States Attorney, by and through it's attorney, the United States Attorney for the District of Columbia, respectfully submits the following in aid of sentencing in this case currently scheduled for Friday, September 8, 2006 at 12:30. As noted in the government's plea agreement, the government does not oppose a sentence of probation in this matter. However, in light of the circumstances of this offense of which the Court is aware, the government requests that the defendant be placed on supervised probation for a period of time, to help ensure that the defendant continues to take his medication and that he refrains from engaging in any further criminal conduct.

WHEREFORE, the government requests that the defendant be sentenced accordingly.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number: 451058

By:     /S/
DEBRA L. LONG-DOYLE
D.C. Bar No. 362518
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov